

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | Katherine J. Weall<br>*Senior Counsel*<br>phone: (212) 356-5055<br>fax: (212) 356-3509<br>kweall@law.nyc.gov |
|---|---|---|

**MEMO ENDORSED**

March 6, 2020

Honorable Denise L. Cote **VIA ECF**
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/6/2020
```

Re:   Mama Jammeh v. City of New York, et al.
      19 cv 10645 (DLC)

Your Honor:

I represent defendants The City of New York, former DOC Commissioner Brann and C.O. Diedre Marshall in the above-referenced matter. I write with the consent of plaintiff's counsel, Pamela Roth, Esq., to respectfully request an adjournment of the initial pretrial conference currently scheduled for March 13, 2020 at 12:30 p.m., as I have an off-site meeting from 9:45 to 3:30 on that date. This is defendants' first request for an adjournment of the conference, and it is not expected to conflict with any other deadlines in this case.

Both parties are available for a conference at any time on Monday, March 16 or Tuesday, March 17. Counsel for defendants is not available on Thursday, March 19 or Thursday, March 26, due to depositions scheduled for those dates.

Defendants thank the Court for its consideration herein.

Respectfully submitted,

Katherine J. Weall
Special Federal Litigation Division

cc:   Pamela Roth, Esq.
      *Attorney for Plaintiff*
      Law Offices of Pamela S. Roth, Esq. P.C.
      2747 Coney Island Avenue
      Brooklyn, New York 11235

*The conference is adjourned to 3/19/20 at 11:00 am.*

*Denise Cote*
*3/6/20*