UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MAMA K. JAMMEH,                         :
                                        :
                       Plaintiff,       :   19cv10645 (DLC)
          -v-                           :
                                        :   ORDER
THE CITY OF NEW YORK, THE NEW YORK      :
CITY DEPARTMENT OF CORRECTION,          :
COMMISSIONER CYNTHIA BRANN, CORRECTION  :
OFFICER DIEDRE MARSHALL, CORRECTION     :
OFFICERS "JANE DOES #1-5", Correction   :
Officers as yet unidentified in their   :
official and individual capacities,     :
                                        :
                       Defendants.      :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2020

DENISE COTE, District Judge:

On March 10, 2020, the defendants requested that the March 19, 2020 initial pretrial conference be rescheduled. Accordingly, it is hereby

ORDERED that an initial pretrial conference is scheduled for **March 18, 2020** at **11:00 am**. Chambers will email the parties with dial-in instructions. **The attorneys who will serve as principal trial counsel must participate in this telephone conference.**

Dated:   New York, New York
         March 11, 2020

                                        _____
                                             DENISE COTE
                                        United States District Judge