```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MAMA K. JAMMEH,                         :
                                        :
                    Plaintiff,          :   19cv10645 (DLC)
                                        :
            -v-                         :   ORDER
                                        :
THE CITY OF NEW YORK, THE NEW YORK      :
CITY DEPARTMENT OF CORRECTION,          :
COMMISSIONER CYNTHIA BRANN, CORRECTION  :
OFFICER DIEDRE MARSHALL, CORRECTION     :
OFFICERS "JANE DOES #1-5", Correction   :
Officers as yet unidentified in their   :
official and individual capacities,     :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons discussed at the initial pretrial conference held today, it is hereby

ORDERED that the defendants' unopposed January 29, 2020 partial motion to dismiss is granted.  A concurrently filed scheduling order sets forth the schedule that shall govern the further conduct of pretrial proceedings in this case.

Dated:    New York, New York
          March 18, 2020

                                   _____
                                           DENISE COTE
                                   United States District Judge