UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
MAMA K. JAMMEH,                          :
                                         :
                      Plaintiff,         :   19cv10645 (DLC)
          -v-                            :
                                         :       ORDER
THE CITY OF NEW YORK; THE NEW YORK       :
CITY DEPARTMENT OF CORRECTION;           :
COMMISSIONER CYNTHIA BRANN; CORRECTION   :
OFFICER DIEDRE MARSHALL; CORRECTION      :
OFFICERS "JANE DOES #1-5"; and           :
CORRECTION OFFICERS AS YET               :
UNIDENTIFIED IN THEIR OFFICIAL AND       :
INDIVIDUAL CAPACITIES,                   :
                                         :
                      Defendants.        :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

   On April 1, 2020, the sole remaining defendant in this action, Correction Officer Diedre Marshall, filed a motion to dismiss pursuant to Rule 12(b)(5), Fed. R. Civ. P.  Accordingly, it is hereby

   ORDERED that any opposition is due **April 17, 2020**.  Any reply is due **April 24.**

Dated:   New York, New York
         April 1, 2020

                                   _____
                                          DENISE COTE
                                   United States District Judge