UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAMA K. JAMMEH,

                      Plaintiff,

       -against-                              19 **CIVIL** 10645 (DLC)

                                                **JUDGMENT**

THE CITY OF NEW YORK; THE NEW YORK
CITY DEPARTMENT OF CORRECTION;
COMMISSIONER CYNTHIA BRANN;
CORRECTION OFFICER DIEDRE MARSHALL;
CORRECTION OFFICERS "JANE DOES
#1-5"; and CORRECTION OFFICERS AS
YET UNIDENTIFIED IN THEIR OFFICIAL
AND INDIVIDUAL CAPACITIES,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 20, 2020, the defendants' unopposed April 1 motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York

      April 20, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**
                                **BY:**
                                                     _____
                                                           Deputy Clerk